IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS HUGO,

    Plaintiff,

v.

CSX TRANSPORTATION, INC.,

    Defendant.

Case No: 3:14-cv-688-TJC-20-MCR

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on June 3, 2015, and the results of that conference are indicated below:

**(a)** The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    __X__    All individual parties and their respective trial counsel.

    __X__    Designated corporate representatives.

    __X__    Required claims professionals.

**(b)** The following individuals, parties, corporate representatives, and/or claims professional failed to appear and/or participate as ordered:

_____
_____
_____
_____

**(c)**   The outcome of the mediation conference was:

  __X___     **The case has been completely settled.**  In accordance with Local Rule 9.06(b), lead counsel will promptly notify that Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

  _____     **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

  _____     **The conference was continued** with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

  _____     **The parties have reached an impasse**.

**DATED** this 4th  day of June, 2015. in Jacksonville, Duval County, Florida.


/*s*/ Gil Whitaker

Gil Whitaker
1660 Prudential Drive, Suite 210
Jacksonville, Florida, 32207
FB#: 241555; Mediation Cert. #19497CR
(904) 358-8384
(904) 212-0904 fax
gil@gilwhitakerlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing this 4th day of June, 2015 to:

| | |
|---|---|
| GARY EASOM | WILLIAM C. TUCKER, JR. |
| 228 Canal Blvd., Suite 1 | Maples, Tucker & Jacobs, LLC |
| Ponte Vedra Beach, FL  32082 | 2001 Park Place North, Suite 501 |
| geasom@cookhall.com | Birmingham, AL  35203 |

JACQUELINE M. HOLMES
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Email: jholmes@jonesday.com

CHARLES M. TRIPPE, JR.
Joni A. Poitier
MOSELEY, PRICHARD, PARRISH, KNIGHT  & JONES
501 West Bay Street
Jacksonville, FL  32202
Email: cmtrippe@mppkj.com
Email:  japoitier@mppkj.com

                                                          **/s/Gil Whitaker**

                                       Attorney and Certified Mediator
                                       FB# 241555
                                       Mediation #19497CR
                                       1660 Prudential Drive, #210
                                       Jacksonville, FL 32207
                                       904-358-8384; 904-212-0904(fax)
                                       gil@gilwhitakerlaw.com