UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| THOMAS HUGO, | ) |
| Plaintiff, | ) )  Case No: 3:14-cv-688-J-32MCR |
| v. | ) ) |
| CSX TRANSPORTATION, INC. | ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereto, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate that this action be and hereby is dismissed with prejudice, with costs to neither party and each party to bear its own costs and attorney's fees.

Respectfully submitted, August 3, 2015.

1

| | |
|---|---|
| */s/ Gary Easom* | */s/ Jacqueline M. Holmes* |
| Gary Easom | Email: jholmes@jonesday.com |
| Florida Bar No. 890480 | JONES DAY |
| Email: geasom@cookhall.com | 51 Louisiana Avenue, N.W. |
| 228 Canal Blvd., Suite 1 | Washington, D.C. 20001-2113 |
| Ponte Vedra Beach, FL 32082 | Tel: 202-879-3620 |
| Tel: 904-834-7202 | Fax: 202-626-1700 |

William C. Tucker
Email: bill@mtandj.com
     carla@mtandj.com
MAPLES, TUCKER & JACOBS, LLC
2001 Park Place North, Suite 501
Birmingham, AL 35203
Tel: 205-322-2333
Fax: 205-322-4962

**Attorneys for Plaintiff,
Thomas Hugo**

Charles M. Trippe, Jr.
Florida Bar No. 69760
Email: cmtrippe@mppkj.com
Joni A. Poitier
Florida Bar No. 0022861
Email: japoitier@mppkj.com
MOSELEY, PRICHARD, PARRISH,
KNIGHT & JONES
501 West Bay Street
Jacksonville, FL 32202
Tel: 904-356-1306
Fax: 904-356-0194

**Attorneys for Defendant,
CSX Transportation, Inc.**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

                                        */s/ Charles M. Trippe, Jr.*
                                        Charles M. Trippe, Jr.
                                        Attorney for Defendant
                                        CSX Transportation, Inc.
                                        .